AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY
CO, GEICO GENERAL INSURANCE
COMPANY, and GEICO CASUALTY CO.,

                 *Plaintiffs*

v.

RONALD JACK TRAVIS UTTER, D.C., NO
UTTER WAY d/b/a PREFERRED INJURY
PHYSICIANS, HALIFAX CHIROPRACTIC &
INJURY CLINIC, INC., PREFERRED INJURY
PHYSICIANS OF BRANDON, INC., ET AL.,

                 *Defendants*

Civil Action No.:

## SUMMONS IN A CIVIL ACTION

To:       HALIFAX CHIROPRACTIC & INJURY CLINIC, INC.
            Registered Agent: Ronald Jack T. Utter
            437 N. Clyde Morris Blvd
            Daytona Beach, FL 32114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                 John P. Marino, Esq.
                 Rivkin Radler, LLP
                 1301 Riverplace Blvd., Suite 1000
                 Jacksonville, Florida 32207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the                  last known address; or

☐ I served the summons on *(name of individual)* _____ , who

is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____                         _____
                                                                    *Server's signature*

                                                          _____
                                                                    *Printed name and title*


                                                          _____
                                                                    *Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY
CO, GEICO GENERAL INSURANCE
COMPANY, and GEICO CASUALTY CO.,

Civil Action No.:

_____

*Plaintiffs*

v.

RONALD JACK TRAVIS UTTER, D.C., NO
UTTER WAY d/b/a PREFERRED INJURY
PHYSICIANS, HALIFAX CHIROPRACTIC &
INJURY CLINIC, INC., PREFERRED INJURY
PHYSICIANS OF BRANDON, INC., ET AL.,

_____

*Defendants*

### SUMMONS IN A CIVIL ACTION

To:        NO UTTER WAY d/b/a PREFERRED INJURY PHYSICIANS
           Registered Agent: Ronald Jack T. Utter
           437 N. Clyde Morris Blvd
           Daytona Beach, FL 32114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

           John P. Marino, Esq.
           Rivkin Radler, LLP
           1301 Riverplace Blvd., Suite 1000
           Jacksonville, Florida 32207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by <u>Fed. R. Civ. P. 4</u> (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                   *Server's signature*

                                            _____
                                                   *Printed name and title*

                                            _____
                                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY
CO, GEICO GENERAL INSURANCE
COMPANY, and GEICO CASUALTY CO.,

Civil Action No.:

_____

*Plaintiffs*

v.

RONALD JACK TRAVIS UTTER, D.C., NO
UTTER WAY d/b/a PREFERRED INJURY
PHYSICIANS, HALIFAX CHIROPRACTIC &
INJURY CLINIC, INC., PREFERRED INJURY
PHYSICIANS OF BRANDON, INC., ET AL.,

_____

*Defendants*

## SUMMONS IN A CIVIL ACTION

To:     PREFERRED INJURY PHYSICIANS OF BRANDON, INC.
        Registered Agent: Ronald Jack T. Utter
        437 N. Clyde Morris Blvd
        Daytona Beach, FL 32114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John P. Marino, Esq.
Rivkin Radler, LLP
1301 Riverplace Blvd., Suite 1000
Jacksonville, Florida 32207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by <u>Fed. R. Civ. P. 4</u> (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                         *Server's signature*

                                 _____
                                         *Printed name and title*


                                 _____
                                         *Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY
CO, GEICO GENERAL INSURANCE
COMPANY, and GEICO CASUALTY CO.,

_____

*Plaintiffs*

v.

RONALD JACK TRAVIS UTTER, D.C., NO
UTTER WAY d/b/a PREFERRED INJURY
PHYSICIANS, HALIFAX CHIROPRACTIC &
INJURY CLINIC, INC., PREFERRED INJURY
PHYSICIANS OF BRANDON, INC., ET AL.,

_____

*Defendants*

Civil Action No.:

## SUMMONS IN A CIVIL ACTION

To:     PREFERRED INJURY PHYSICIANS OF EAST ORLANDO, INC.
        Registered Agent: Ronald Jack T. Utter
        437 N. Clyde Morris Blvd
        Daytona Beach, FL 32114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John P. Marino, Esq.
Rivkin Radler, LLP
1301 Riverplace Blvd., Suite 1000
Jacksonville, Florida 32207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____

                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by <u>Fed. R. Civ. P. 4</u> (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the            last known address; or

☐ I served the summons on *(name of individual)* _____ , who

is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

<br>.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY
CO, GEICO GENERAL INSURANCE
COMPANY, and GEICO CASUALTY CO.,

_____

*Plaintiffs*

v.

RONALD JACK TRAVIS UTTER, D.C., NO
UTTER WAY d/b/a PREFERRED INJURY
PHYSICIANS, HALIFAX CHIROPRACTIC &
INJURY CLINIC, INC., PREFERRED INJURY
PHYSICIANS OF BRANDON, INC., ET AL.,

_____

*Defendants*

Civil Action No.:

## SUMMONS IN A CIVIL ACTION

To:  PREFERRED INJURY PHYSICIANS OF KISSIMMEE, INC.
   Registered Agent: Ronald Jack T. Utter
   437 N. Clyde Morris Blvd
   Daytona Beach, FL 32114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   John P. Marino, Esq.
   Rivkin Radler, LLP
   1301 Riverplace Blvd., Suite 1000
   Jacksonville, Florida 32207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____

                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by <u>Fed. R. Civ. P. 4</u> (l))***

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ˊ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ˊ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the      last known address; or

    ˀ I served the summons on *(name of individual)* _____ , who

is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ˀ I returned the summons unexecuted because _____ ; or

    ˀ Other *(specify):*

 

                                                                                .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____ 

                        _____

                                                        *Server's signature*

                        _____

                                                      *Printed name and title*

                        _____

                                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO, GEICO GENERAL INSURANCE COMPANY, and GEICO CASUALTY CO., | ]Civil Action No.: |

*Plaintiffs*

v.

RONALD JACK TRAVIS UTTER, D.C., NO UTTER WAY d/b/a PREFERRED INJURY PHYSICIANS, HALIFAX CHIROPRACTIC & INJURY CLINIC, INC., PREFERRED INJURY PHYSICIANS OF BRANDON, INC., ET AL.,

*Defendants*

## SUMMONS IN A CIVIL ACTION

To:       PREFERRED INJURY PHYSICIANS OF ORANGE CITY, INC.
d/b/a PREFERRED INJURY PHYSICIANS OF DELTONA
Registered Agent: Ronald Jack T. Utter
437 N. Clyde Morris Blvd
Daytona Beach, FL 32114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John P. Marino, Esq.
Rivkin Radler, LLP
1301 Riverplace Blvd., Suite 1000
Jacksonville, Florida 32207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by* <u>*Fed. R. Civ. P. 4*</u> *(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                              *Server's signature*

                                        _____
                                              *Printed name and title*

                                        _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

GOVERNMENT EMPLOYEES
 INSURANCE CO., GEICO INDEMNITY
 CO, GEICO GENERAL INSURANCE
 COMPANY, and GEICO CASUALTY CO.,

_____

*Plaintiffs*

v.                                                Civil Action No.:

RONALD JACK TRAVIS UTTER, D.C., NO
UTTER WAY d/b/a PREFERRED INJURY
PHYSICIANS, HALIFAX CHIROPRACTIC &
INJURY CLINIC, INC., PREFERRED INJURY
PHYSICIANS OF BRANDON, INC., ET AL.,

_____

*Defendants*

**SUMMONS IN A CIVIL ACTION**

To:        PREFERRED INJURY PHYSICIANS OF ST. PETERSBURG, INC.
           Registered Agent: Ronald Jack T. Utter
           437 N. Clyde Morris Blvd
           Daytona Beach, FL 32114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                   John P. Marino, Esq.
                   Rivkin Radler, LLP
                   1301 Riverplace Blvd., Suite 1000
                   Jacksonville, Florida 32207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by <u>Fed. R. Civ. P. 4</u> (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

✓ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

✓ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the        last known address; or

✓ I served the summons on *(name of individual)* _____ , who

is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

✓ I returned the summons unexecuted because _____ ; or

✓ Other *(specify):*

                                                                                                    .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY
CO, GEICO GENERAL INSURANCE
COMPANY, and GEICO CASUALTY CO.,

_____

*Plaintiffs*

v.

RONALD JACK TRAVIS UTTER, D.C., NO
UTTER WAY d/b/a PREFERRED INJURY
PHYSICIANS, HALIFAX CHIROPRACTIC &
INJURY CLINIC, INC., PREFERRED INJURY
PHYSICIANS OF BRANDON, INC., ET AL.,

_____

*Defendants*

Civil Action No.:

## SUMMONS IN A CIVIL ACTION

To:     PREFERRED INJURY PHYSICIANS OF TEMPLE TERRACE, INC.
        Registered Agent: Ronald Jack T. Utter
        437 N. Clyde Morris Blvd
        Daytona Beach, FL 32114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        John P. Marino, Esq.
        Rivkin Radler, LLP
        1301 Riverplace Blvd., Suite 1000
        Jacksonville, Florida 32207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the                individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

GOVERNMENT EMPLOYEES
 INSURANCE CO., GEICO INDEMNITY
 CO, GEICO GENERAL INSURANCE
 COMPANY, and GEICO CASUALTY CO.,

_____

*Plaintiffs*

v.                    Civil Action No.:

RONALD JACK TRAVIS UTTER, D.C., NO
UTTER WAY d/b/a PREFERRED INJURY
PHYSICIANS, HALIFAX CHIROPRACTIC &
INJURY CLINIC, INC., PREFERRED INJURY
PHYSICIANS OF BRANDON, INC., ET AL.,

_____

*Defendants*

## SUMMONS IN A CIVIL ACTION

To:        PREFERRED INJURY PHYSICIANS OF TOWN & COUNTRY, INC.
           Registered Agent: Ronald Jack T. Utter
           437 N. Clyde Morris Blvd
           Daytona Beach, FL 32114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are
the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.  P.
12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose
name and address are:

           John P. Marino, Esq.
           Rivkin Radler, LLP
           1301 Riverplace Blvd., Suite 1000
           Jacksonville, Florida 32207

If you fail to respond, judgment by default will be entered against you for the relief
demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by <u>Fed. R. Civ. P. 4</u> (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

 

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

GOVERNMENT EMPLOYEES
 INSURANCE CO., GEICO INDEMNITY
 CO, GEICO GENERAL INSURANCE
 COMPANY, and GEICO CASUALTY CO.,

_____

*Plaintiffs*

v.                    Civil Action No.:

RONALD JACK TRAVIS UTTER, D.C., NO
UTTER WAY d/b/a PREFERRED INJURY
PHYSICIANS, HALIFAX CHIROPRACTIC &
INJURY CLINIC, INC., PREFERRED INJURY
PHYSICIANS OF BRANDON, INC., ET AL.,

_____

*Defendants*

## SUMMONS IN A CIVIL ACTION

To:      PREFERRED INJURY PHYSICIANS OF WESLEY CHAPEL, INC.
         Registered Agent: Ronald Jack T. Utter
         437 N. Clyde Morris Blvd
         Daytona Beach, FL 32114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.  P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

         John P. Marino, Esq.
         Rivkin Radler, LLP
         1301 Riverplace Blvd., Suite 1000
         Jacksonville, Florida 32207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by <u>Fed. R. Civ. P. 4</u> (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the          last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                       *Server's signature*

                                 _____
                                       *Printed name and title*

                                 _____
                                       *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

GOVERNMENT EMPLOYEES
 INSURANCE CO., GEICO INDEMNITY
 CO, GEICO GENERAL INSURANCE
 COMPANY, and GEICO CASUALTY CO.,

_____

*Plaintiffs*

v.                    Civil Action No.:

RONALD JACK TRAVIS UTTER, D.C., NO
UTTER WAY d/b/a PREFERRED INJURY
PHYSICIANS, HALIFAX CHIROPRACTIC &
INJURY CLINIC, INC., PREFERRED INJURY
PHYSICIANS OF BRANDON, INC., ET AL.,

_____

*Defendants*

### SUMMONS IN A CIVIL ACTION

To:         UTTER CORP
            Registered Agent: Ronald Jack T. Utter
            437 N. Clyde Morris Blvd
            Daytona Beach, FL 32114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        John P. Marino, Esq.
        Rivkin Radler, LLP
        1301 Riverplace Blvd., Suite 1000
        Jacksonville, Florida 32207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◻ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the        last known address; or

◻ I served the summons on *(name of individual)* _____ , who

is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify)*:

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY
CO, GEICO GENERAL INSURANCE
COMPANY, and GEICO CASUALTY CO.,

|   |   |
|---|---|
| *Plaintiffs* | Civil Action No.: |

v.

RONALD JACK TRAVIS UTTER, D.C., NO
UTTER WAY d/b/a PREFERRED INJURY
PHYSICIANS, HALIFAX CHIROPRACTIC &
INJURY CLINIC, INC., PREFERRED INJURY
PHYSICIANS OF BRANDON, INC., ET AL.,

*Defendants*

## SUMMONS IN A CIVIL ACTION

To:       Ronald Jack Travis Utter, D.C.
          437 N. Clyde Morris Blvd
          Daytona Beach, FL 32114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          John P. Marino, Esq.
          Rivkin Radler, LLP
          1301 Riverplace Blvd., Suite 1000
          Jacksonville, Florida 32207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by <u>Fed. R. Civ. P. 4</u> (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the _____ last known address; or

☐ I served the summons on *(name of individual)* _____ , who

is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                            *Server's signature*

                                                            _____
                                                            *Printed name and title*

                                                            _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

7504029.v1