# EXHIBIT "2"



WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

STEVEN T. HENESY
PARTNER
(516) 357-3308
steven.henesy@rivkin.com

January 10, 2023

**Via Electronic and Overnight Mail**
Bruce S. Rosenberg, Esq.
Rosenberg Law, PA
499 NW 70th Avenue, Suite 212
Plantation, Florida 33317
rosenberg@rosenberglawpa.com

Re:     **NOTICE OF DEFAULT UNDER SETTLEMENT AGREEMENT**
*Government Employees Insurance Co., et al. v. Utter, et al.*
Case No. 6:22-cv-01711-CEM-EJK

Dear Mr. Rosenberg:

As you know, we represent Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively "GEICO") in the above-referenced matter. I write pursuant to Sections 2 and 7 of the November 21, 2022 Settlement and Release Agreement (the "Agreement") in this action, to provide you with notice of a default by Defendants Ronald Jack Travis Utter, D.C., Halifax Chiropractic & Injury Clinic, Inc., No Utter Way Inc. d/b/a Preferred Injury Physicians, Inc., Preferred Injury Physicians of Brandon, Inc., Preferred Injury Physicians of Kissimmee, Inc., Preferred Injury Physicians of Town & Country, Inc., Preferred Injury Physicians of Orange City, Inc. d/b/a Preferred Injury Physicians of Deltona, Preferred Injury Physicians of Wesley Chapel, Inc., Preferred Injury Physicians of Temple Terrace, Inc., Preferred Injury Physicians of St. Petersburg, Inc., Preferred Injury Physicians of East Orlando, Inc., and Florida Injury Physicians, Inc. (the "Defendants").

In particular, pursuant to Section 2 of the Agreement, the Defendants were due to pay GEICO settlement proceeds of $550,000.00 on or before December 15, 2022. However, the five checks provided by the Defendants to satisfy the settlement proceeds all bounced for insufficient funds. **Accordingly, the Defendants have failed to pay the settlement proceeds of $550,000.00 on or before December 15, 2022, and are in default of their payment obligations under the Agreement. If your clients do not cure their default within the next fifteen (15) days, by paying GEICO the $550,000.00 that is past due under the Agreement, GEICO will immediately move to enforce the Agreement and enter judgment against your clients pursuant to Section 2 of the Agreement – and GEICO will seek all available attorney's fees and costs it incurs in connection with its enforcement of the Agreement.**

9 Thurlow Terrace
Albany, NY 12203-1005
T 518.462.3000 F 518.462.4199

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777



January 10, 2023
Page 2

       Please be guided accordingly. All rights reserved.

                    Very truly yours,

                    RIVKIN RADLER LLP

                    /s/
                    Steven T. Henesy

cc:    **<u>Via Email</u>**
        Max Gershenoff, Esq.
        John Marino, Esq.

6140525.v1