# EXHIBIT "3"



WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**STEVEN T. HENESY**
PARTNER
(516) 357-3308
steven.henesy@rivkin.com

April 17, 2023

<u>Via First Class Mail</u>
PREFERRED INJURY PHYSICIANS OF BRANDON, INC.
Registered Agent: Ronald Jack T. Utter
437 N. Clyde Morris Blvd
Daytona Beach, FL 32114

    Re:    *Government Employees Insurance Co., et al. v. Utter, et al.*
             Case No. 6:22-cv-01711-CEM-EJK

## <u>NOTICE PURSUANT TO FLA. STAT. § 68.065(4)</u>

Dear Mr. Utter:

    We represent Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively "GEICO") in the above-referenced matter. Pursuant to Fla. Stat. § 68.065(4), you are hereby notified that the following checks have been dishonored:

- Check number 1336 in the face amount of $110,000.00, issued by you on December 15, 2022, payable to GEICO, drawn on an account held by Preferred Injury Physicians of Brandon, Inc. held at Suntrust Bank;

    Pursuant to Florida law, you have 30 days from receipt of this notice to tender payment in cash of the full amount of the dishonored payment instrument, plus a service charge of 5 percent of the face amount of the dishonored instrument, the total amount due being $115,500.00. Unless this amount is paid in full within the 30-day period, GEICO may file a civil action against you for three times the amount of the dishonored instrument, in addition to the payment of the dishonored checks plus any court costs, reasonable attorney fees, and any bank fees incurred by GEICO in taking the action.

9 Thurlow Terrace
Albany, NY 12203-1005
T 518.462.3000 F 518.462.4199

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777



April 17, 2023
Page 2

Please be guided accordingly. All rights reserved.

        Very truly yours,

        RIVKIN RADLER LLP

        /s/
        Steven T. Henesy

7304522.v1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK              )
                               ) SS.:
COUNTY OF NASSAU               )

I, LISA SULLO, being sworn, say:

I am not a party to the action, am over 18 years of age, and reside in Suffolk County, New York.

On April 17, 2023, I served the within **NOTICE PURSUANT TO FLA. STAT. § 68.065(4)**, via first-class mail in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

PREFERRED INJURY PHYSICIANS OF BRANDON, INC.
Registered Agent: Ronald Jack T. Utter
437 N. Clyde Morris Blvd
Daytona Beach, FL 32114

_____
LISA SULLO

Sworn to before me this
17th day of April, 2023

_____
Notary Public

**File No.: 5100-3566**

JUDITH E. RYAN
Notary Public, State of New York
No. 01RY6305415
Qualified in Suffolk County
Commission Expires June 9, 2026

7307372.v1



WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**STEVEN T. HENESY**
PARTNER
(516) 357-3308
steven.henesy@rivkin.com

April 17, 2023

<u>**Via First Class Mail**</u>
UTTER CORP.
Registered Agent: Ronald Jack T. Utter
437 N. Clyde Morris Blvd
Daytona Beach, FL 32114

Re:   *Government Employees Insurance Co., et al. v. Utter, et al.*
Case No. 6:22-cv-01711-CEM-EJK

## <u>NOTICE PURSUANT TO FLA. STAT. § 68.065(4)</u>

Dear Mr. Utter:

We represent Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively "GEICO") in the above-referenced matter. Pursuant to Fla. Stat. § 68.065(4), you are hereby notified that the following checks have been dishonored:

- Check number 2485 in the face amount of $110,000.00, issued by you on December 15, 2022, payable to GEICO, drawn on an account held by Utter Corp. held at Suntrust Bank;

- Check number 2484 in the face amount of $110,000.00, issued by you on December 15, 2022, payable to GEICO, drawn on an account held by Utter Corp. held at Suntrust Bank.

Pursuant to Florida law, you have 30 days from receipt of this notice to tender payment in cash of the full amount of the dishonored payment instrument, plus a service charge of 5 percent of the face amount of the dishonored instrument, the total amount due being $231,000.00. Unless this amount is paid in full within the 30-day period, GEICO may file a civil action against you for three times the amount of the dishonored instrument, in addition to the payment of the dishonored checks plus any court costs, reasonable attorney fees, and any bank fees incurred by GEICO in taking the action.

9 Thurlow Terrace
Albany, NY 12203-1005
T 518.462.3000 F 518.462.4199

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777



April 17, 2023
Page 2

Please be guided accordingly. All rights reserved.

Very truly yours,

RIVKIN RADLER LLP

/s/
Steven T. Henesy

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK              )
                               ) SS.:
COUNTY OF NASSAU               )

I, LISA SULLO, being sworn, say:

I am not a party to the action, am over 18 years of age, and reside in Suffolk County, New York.

On April 17, 2023, I served the within **NOTICE PURSUANT TO FLA. STAT. § 68.065(4)**, via first-class mail in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

UTTER CORP.
Registered Agent: Ronald Jack T. Utter
437 N. Clyde Morris Blvd
Daytona Beach, FL 32114

_____
LISA SULLO

Sworn to before me this
17th day of April, 2023

_____
Notary Public

**File No.: 5100-3566**

JUDITH E. RYAN
Notary Public, State of New York
No. 01RY6305415
Qualified in Suffolk County
Commission Expires June 9, 2026

7307712.v1



WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**STEVEN T. HENESY**
PARTNER
(516) 357-3308
steven.henesy@rivkin.com

April 17, 2023

**Via First Class Mail**
HALIFAX CHIROPRACTIC & INJURY CLINIC, INC.
Registered Agent: Ronald Jack T. Utter
437 N. Clyde Morris Blvd
Daytona Beach, FL 32114

      Re:    *Government Employees Insurance Co., et al. v. Utter, et al.*
             Case No. 6:22-cv-01711-CEM-EJK

### NOTICE PURSUANT TO FLA. STAT. § 68.065(4)

Dear Mr. Utter:

     We represent Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively "GEICO") in the above-referenced matter. Pursuant to Fla. Stat. § 68.065(4), you are hereby notified that the following checks have been dishonored:

- Check number 6514 in the face amount of $110,000.00, issued by you on December 15, 2022, payable to GEICO, drawn on an account held by Halifax Injury Physicians at Suntrust Bank;

- Check number 6515 in the face amount of $110,000.00, issued by you on December 15, 2022, payable to GEICO, drawn on an account held by Halifax Injury Physicians at Suntrust Bank.

     Pursuant to Florida law, you have 30 days from receipt of this notice to tender payment in cash of the full amount of the dishonored payment instrument, plus a service charge of 5 percent of the face amount of the dishonored instrument, the total amount due being $231,000.00. Unless this amount is paid in full within the 30-day period, GEICO may file a civil action against you for three times the amount of the dishonored instrument, in addition to the payment of the dishonored checks plus any court costs, reasonable attorney fees, and any bank fees incurred by GEICO in taking the action.

9 Thurlow Terrace
Albany, NY 12203-1005
T 518.462.3000 F 518.462.4199

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777



April 17, 2023
Page 2

Please be guided accordingly. All rights reserved.

Very truly yours,

RIVKIN RADLER LLP

/s/
Steven T. Henesy

7271176.v1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) SS.:
COUNTY OF NASSAU           )

I, LISA SULLO, being sworn, say:

I am not a party to the action, am over 18 years of age, and reside in Suffolk County, New York.

On April 17, 2023, I served the within **NOTICE PURSUANT TO FLA. STAT. § 68.065(4)**, via first-class mail in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

HALIFAX CHIROPRACTIC & INJURY CLINIC, INC.
Registered Agent: Ronald Jack T. Utter
437 N. Clyde Morris Blvd
Daytona Beach, FL 32114

LISA SULLO

Sworn to before me this
17th day of April, 2023

Notary Public

File No.: 5100-3566

JUDITH E. RYAN
Notary Public, State of New York
No. 01RY6305415
Qualified in Suffolk County
Commission Expires June 9, 2026

7307973.v1