UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO.,**

   **Plaintiffs,**

v.            Case No.  6:23-cv-943-CEM-EJK

**RONALD JACK TRAVIS UTTER, D.C. , HALIFAX CHIROPRACTIC & INJURY CLINIC, INC., NO UTTER WAY, PREFERRED INJURY PHYSICIANS OF BRANDON, INC., PREFERRED INJURY PHYSICIANS OF KISSIMMEE, INC., PREFERRED INJURY PHYSICIANS OF TOWN & COUNTRY, INC., PREFERRED INJURY PHYSICIANS OF ORANGE CITY, INC., PREFERRED INJURY PHYSICIANS OF WESLEY CHAPEL, INC., PREFERRED INJURY PHYSICIANS OF TEMPLE TERRACE, INC., PREFERRED INJURY PHYSICIANS OF ST. PETERBURG, INC., PREFERRED INJURY PHYSICIANS OF EAST ORLANDO, INC., and UTTER CORP.,**

**Defendants.**
_____/

# ORDER

THIS CAUSE is before the Court on Motion for Final Default Judgment (Doc. 102). The United States Magistrate Judge issued a Report and Recommendation (Doc. 104), recommending that the Motion be granted, (*id.* at 1, 13).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 104) is **ADOPTED** and made a part of this Order.

2. The Motion for Final Default Judgment (Doc. 102) is **GRANTED**.

3. The Clerk is directed to enter **DEFAULT JUDGMENT** in favor of Plaintiff and against Defendants as follows:

    a. As to Count I, against Defendants Ronald Jack Travis Utter, D.C., Halifax Chiropractic & Injury Clinic, Inc., No Utter Way d/b/a Preferred Injury Physicians, Inc., Preferred Injury Physicians of Brandon, Inc., Preferred Injury Physicians of Kissimmee, Inc., Preferred Injury Physicians of Town &

Country, Inc., Preferred Injury Physicians of Orange City, Inc. d/b/a Preferred Injury Physicians of Deltona, Preferred Injury Physicians of Wesley Chapel, Inc., Preferred Injury Physicians of Temple Terrace, Inc., Preferred Injury Physicians of St. Petersburg, Inc., Preferred Injury Physicians of East Orlando, Inc., in the amount of $594,755.70.

b. As to Count II, against Defendant Halifax Chiropractic & Injury Clinic, Inc. in the amount of $891,000.00.

c. As to Count III, against Defendant Utter Corp. in the amount of $891,000.00.

d. As to Count IV, against Defendant Preferred Injury Physicians of Brandon, Inc. in the amount of $445,500.00.

4. **On or before December 2, 2024**, Plaintiff is directed to file a properly supported motion for attorney fees and costs.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 31, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record