UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO.,**

      **Plaintiffs,**

v.　　　　　　　　　　　　　　　　　　Case No. 6:23-cv-943-CEM-UAM

**RONALD JACK TRAVIS UTTER, D.C., HALIFAX CHIROPRACTIC & INJURY CLINIC, INC., NO UTTER WAY, PREFERRED INJURY PHYSICIANS OF BRANDON, INC., PREFERRED INJURY PHYSICIANS OF KISSIMMEE, INC., PREFERRED INJURY PHYSICIANS OF TOWN & COUNTRY, INC., PREFERRED INJURY PHYSICIANS OF ORANGE CITY, INC., PREFERRED INJURY PHYSICIANS OF WESLEY CHAPEL, INC., PREFERRED INJURY PHYSICIANS OF TEMPLE TERRACE, INC., PREFERRED INJURY PHYSICIANS OF ST. PETERBURG, INC., PREFERRED INJURY PHYSICIANS OF EAST ORLANDO, INC., and UTTER CORP.,**

**Defendants.**
_____/

# ORDER

THIS CAUSE is before the Court on Plaintiffs' Motion for an Order Determining Entitlement to Attorneys' Fees and Costs ("Motion," Doc. 108). The United States Magistrate Judge issued a Report and Recommendation (Doc. 117), recommending that the Motion be granted, (*id.* at 5).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 117) is **ADOPTED** and made a part of this Order.

2. Plaintiffs' Motion for an Order Determining Entitlement to Attorneys' Fees and Costs (Doc. 108) is **GRANTED**.

3. **On or before March 27, 2025**, Plaintiffs shall file a supplemental motion on the amount of attorney's fees and costs pursuant to Local Rule 7.01(c).

**DONE** and **ORDERED** in Orlando, Florida on March 13, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record